UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAWN M. BACHI-REFFITT,

    Plaintiff,

v.                                              Case No.  1:17-CV-263

KEVIN REFFITT, RONALD                      HON. GORDON J. QUIST
REFFITT, SR., KAREN WIERENGA,
and PENCON, INC.,

    Defendants.
_____/

## **ORDER**

      Plaintiff's motion to file a reply to Defendants' response to Plaintiff's motion for reconsideration (ECF No. 44) is **DENIED**. The issues in this case have been exhaustively briefed and the parties have had ample opportunity to make their arguments.

      **IT IS SO ORDERED**.


Dated: January 12, 2018                                    /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE